POPE MANUFACTURING COMPANY *v.* MAYOR AND CITY COUNCIL OF

WASHINGTON.

BECK, J.   The judgment in this case is affirmed under the rule that the discretion of the trial judge in granting or refusing injunctions at the interlocutory hearing will not be interfered with unless it is made to appear that there was an abuse of discretion.

*Judgment affirmed.   All the Justices concur, except Holden, J., disquali-. fied.*

Argued November 5, 1907.—Decided April .15, 1908.

Petition for injunction.   Before Judge Holden.   Wilkes superior court.   October 1, 1907.

*William H. Fleming* and *I. T. Irvin,* for plaintiff.

*F. H. Colley, William Wynne,* and *J. M. Pitner,* for defendants.

---

WELLS *v.* HAWKINS.

FISH, C. J.   Where, in a statutory proceeding to foreclose a mortgage on realty, the mortgagor in his answer to the rule nisi, sets up as cause why the rule absolute should not be granted, that a homestead has been set apart to him, as the head of a family, in the mortgaged premises, and the issue thus. raised is tried and found against him, he can not subsequently prevent the sale of the land, under the levy of the execution issued upon the judgment rendered in the foreclosure proceeding, by an affidavit of illegality wherein the sole ground for illegality is the alleged setting apart of such homestead in the land levied upon.   *Davis* v. *Myers,* 41 *Ga.* 95; *Harris* v. *Colquitt,* 44 *Ga.* 663; *Patterson* v. *Wallace,* 47 *Ga.* 453.   See, also, *Robson* v. *Harris,* 82 *Ga.* 153, 154 (7 S. E. 926); *Smith* v. *Smith,* 101 *Ga.* 296, 297 (28 S. E. 665); *Durham* v. *Durham,* 107 *Ga.* 285, 286 (33 S. E. 76).

*Judgment affirmed.   All the Justices concur.*

Submitted January 14,—Decided April 15, 1908.

Affidavit of illegality.   Before Judge Kimsey.   Hall superior court.   January 18, 1907.

*B. P. Gaillard Jr.,* for plaintiff in error.   *G. K. Looper,* contra.